# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**CORDELL J. BARCUS**
**MACHINIST'S MATE FIREMAN (E-3), U.S. NAVY**

**NMCCA 201400352**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 17 July 2014.
**Military Judge:** CDR Robert P. Monahan, Jr., JAGC, USN.
**Convening Authority:** Commanding Officer, Training Support Center, Great Lakes, IL.
**Staff Judge Advocate's Recommendation:** LT B.T. Henning, JAGC, USN.
**For Appellant:** Maj Emmett S. Collazo, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**27 January 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).[1]

For the Court

R.H. TROIDL
Clerk of Court

---

[1] To the extent that the convening authority's action purported to execute the bad-conduct discharge, it was a nullity. *United States v. Bailey*, 68 M.J. 409 (C.A.A.F. 2009).